# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. |
| Dreshaun Carter | ) 1:22-mj-071 |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 11, 2022-January 26, 2022 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/Scott William Childers
*Complainant's signature*

Scott William Childers, TFO DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephonic *(reliable electronic means)*

Date: January 28, 2022

City and state: Indianapolis, IN

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, DEA Task Force Officer Scott William Childers, being duly sworn under oath, state as follows:

### Affiant Background and Purpose of Affidavit

1. I am a Task Force Officer with the Drug Enforcement Administration (DEA), United States Department of Justice. I am an investigative or law enforcement officer within the meaning of Section 2501(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I have been employed as a Task Force Officer with the DEA since November 2019, and I have been a police officer with the Indianapolis Metropolitan Police Department (IMPD) since March 6, 2000. During my employment as a law enforcement officer, I have participated in investigations involving the manufacturing, trafficking, and distribution of controlled substances, including methamphetamine and cocaine. I have used, and am therefore familiar with, the following investigative techniques: consensual and court-ordered electronic surveillance; physical surveillance; pole or other camera surveillance; trash covers; the development and operation of informants and cooperating defendants; the execution of search warrants; consent searches; undercover agent operations; Global Positioning Systems; parcel package drug interdiction; motel drug interdiction; highway drug interdictions; and the debriefing of defendants, witnesses, informants, and others who have knowledge of drug trafficking and of the laundering and concealing of proceeds from drug trafficking. I have attended specialized training in the handling of informants. I have attended and been an instructor at the IPD/IMPD narcotics school.

3. In connection with my official DEA duties, I investigate criminal violations of state

and federal controlled substances laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846 and 848, as well as Sections 952, 960 and 963.  I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code.  I have received training in investigations involving the interception of wire and electronic communications, and I have participated in federal electronic wiretap investigations involving individuals involved in the trafficking and distribution of controlled substances.  I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances and their use of telephones and code language to conduct their transactions.

4. This affidavit is submitted in support of a criminal complaint charging Dreshaun CARTER with the distribution of 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

5. The statements contained in this Affidavit are based in part on my direct involvement in this investigation; on my experience and background as a Task Force Officer of the DEA; on information provided by and conversations held with other law enforcement officers, including Special Agents/Task Force Officers of the DEA, officers of the Indianapolis Metropolitan Police Department and others described below; and on a review of reports and database records.  I have not included each and every fact that has been revealed through the course of this investigation.  I have set forth only the facts that sufficient to establish probable cause for the issuance of the Complaint.

### Facts and Circumstances

6. Dreshaun CARTER is a male born on XX-XX-1996, who resides at XXX North

Drexel Avenue, Indianapolis, Indiana.

7. The statements made in this Affidavit are based in part on: (a) my personal participation in this investigation into the target; (b) information provided to me by other law enforcement officers; (c) review of consensually monitored and/or recorded conversations; (d) my own experience and training, as well as the experience and training of other law enforcement officers; (e) laboratory analysis reports; and, (f) criminal history records maintained by the Indianapolis Metropolitan Police Department (IMPD), Indiana State Police (ISP), and the National Criminal Information Center (NCIC).

8. As described below, this investigation has shown Dreshaun CARTER to be a Methamphetamine trafficker in the Indianapolis, Indiana area. In January 2022, investigators learned from a documented IMPD Cooperating Source (hereinafter referred to as, CS) that he/she could purchase methamphetamine from a male known as "Black."[1] Law Enforcement conducted research (Indiana Bureau of Motor Vehicle and Marion County Community Corrections) and identified "Black" as Dreshaun CARTER. The CS was shown a picture of Dreshaun CARTER and positively identified him as "Black." Law enforcement subsequently learned that Dreshaun CARTER would distribute methamphetamine from the residence located at XXX North Drexel Avenue, Indianapolis, Indiana.

9. Between or about January 11, 2022 and on or about January 26, 2022, Law Enforcement Officers conducted three (3) controlled purchases of methamphetamine (totaling approximately 513 grams) from Dreshaun CARTER, utilizing the CS.

    a. During the controlled purchases, control measures were used, including the following procedures. Prior to and after each controlled purchase, the CS's

---

[1] The CS has been proven credible and reliable based upon information provided by the CS on two (2) previous investigations where multiple controlled purchases were made by the CS.

person and undercover vehicle were searched to assure that the CS possessed neither contraband, other than that provided by Dreshaun CARTER during the controlled purchase, nor United States Currency, other than that provided by law enforcement officers as Officially Advanced Funds (OAF). The CS was equipped with audio and video recording equipment prior to each controlled purchase, and that equipment was recovered by law enforcement after the controlled purchases. The CS was driven by an Undercover DEA TFO (hereinafter UC) directly to and from the meetings with Dreshaun CARTER to assure that he/she did not meet with other individuals. Immediately following the controlled purchases, the CS surrendered to law enforcement officers, the methamphetamine they obtained from Dreshaun CARTER.

b. The substances purchased during the controlled purchases were transported to Indianapolis District Office of the DEA for analysis. The results and conclusion showed a positive field test for methamphetamine with an approximate weight of 56.9 grams (Buy #1), 111.2 grams (Buy #2), and 345.8 grams (Buy #3). The substances purchased during controlled purchase #1, #2, and #3 were sent to the North Central Laboratory for further analysis and safekeeping.

10. **Controlled Purchase #1.** The first controlled purchase from Dreshaun CARTER occurred on or about January 11, 2022. The CS was provided with OAF's and an electronic recording device. The CS was driven to XXX North Drexel Avenue by a UC DEA TFO and met with Dreshaun CARTER inside the residence. Dreshaun CARTER and the CS completed a transaction, by the CS delivering the OAF's to Dreshaun CARTER in exchange for 50 grams or

more of a mixture or substance containing a detectable amount of methamphetamine.

11. Immediately following the controlled purchase, DEA TFO Scott Childers and IMPD Electronic Surveillance Unit Detective Scott Campbell met the UC/ CS at a predetermined location. DEA TFO Scott Childers recovered the 56.9 grams of methamphetamine from the CS, as witnessed by UC DEA TFO. DEA TFO Scott Childers recovered the audio/video recording devices from the CS and transferred custody of the device to IMPD Electronic Surveillance Unit Detective Scott Campbell. IMPD Electronic Surveillance Unit Detective Scott Campbell will maintained custody and control of the devices until downloading. The UC DEA TFO conducted a search of the CS's person and undercover vehicle with negative results, as witnessed by DEA TFO Scott Childers.

12. DEA TFO Scott Childers conducted a post buy interview of the CS and confirmed the abovementioned detail of events for this investigation. The abovementioned detail of events were additionally confirmed by DEA TFO Scott Childers' review of the audio/video recording.

13. Continual surveillance was maintained on the CS by DEA CIHIDTA Group 52 members, UC DEA TFO, and DEA Air Wing during this entire operation.

14. GPS (Global Positioning System) data provided by the Marion County Community Corrections confirmed Dreshaun CARTER's presence at XXX North Drexel Avenue, Indianapolis, Indiana, during the abovementioned controlled purchase.

15. **Controlled Purchase #2.**  The second controlled purchase from Dreshaun CARTER occurred on or about January 18, 2022. The CS was provided with OAF's and an electronic recording device. The CS was driven to XXX North Drexel Avenue by a UC DEA TFO to meet with Dreshaun CARTER inside the residence. Dreshaun CARTER and the CS completed a transaction by the CS delivering the OAF's to Dreshaun CARTER in exchange for

50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

16. Immediately following the controlled purchase, DEA TFO Scott Childers and IMPD Electronic Surveillance Unit Detective Scott Campbell met the UC/ CS at a predetermined location. DEA TFO Scott Childers recovered the 111.2 grams of methamphetamine from the CS, as witnessed by UC DEA TFO. DEA TFO Scott Childers recovered the audio/video recording devices from the CS and transferred custody of the device to IMPD Electronic Surveillance Unit Detective Scott Campbell. IMPD Electronic Surveillance Unit Detective Scott Campbell will maintained custody and control of the devices until downloading. The UC DEA TFO conducted a search of the CS's person and undercover vehicle with negative results, as witnessed by DEA TFO Scott Childers.

17. DEA TFO Scott Childers conducted a post buy interview of the CS and confirmed the abovementioned detail of events for this investigation. The abovementioned detail of events were additionally confirmed by DEA TFO Scott Childers' review of the audio/video recording.

18. Continual surveillance was maintained on the CS by DEA CIHIDTA Group 52 members, UC DEA TFO, and DEA Air Wing during this entire operation.

19. GPS (Global Positioning System) data provided by the Marion County Community Corrections confirmed Dreshaun CARTER's presence at XXX North Drexel Avenue, Indianapolis, Indiana, during the abovementioned controlled purchase.

20. **Controlled Purchase #3.** The third controlled purchase from Dreshaun CARTER occurred on or about January 26, 2022. The CS was provided with OAF's and an electronic recording device. The CS was driven to XXX North Drexel Avenue, Indianapolis, Indiana, by a UC DEA TFO, to meet with Dreshaun CARTER inside the residence on (2)

separate occasions on the abovementioned date.  Dreshaun CARTER and the CS completed a transaction by the CS delivering the OAF's to Dreshaun CARTER in exchange for 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine on both occasions at the XXX North Drexel Avenue, Indianapolis, Indiana.  The transactions occurred within 30 minutes of each other.

21. Immediately following the controlled purchase, DEA TFO Scott Childers and IMPD Electronic Surveillance Unit Detective Scott Campbell met the UC/ CS at a predetermined location. DEA TFO Scott Childers recovered two bags, containing 142.8 grams of methamphetamine and 203 grams of methamphetamine, from the CS, as witnessed by UC DEA TFO. DEA TFO Scott Childers recovered the audio/video recording devices from the CS and transferred custody of the device to IMPD Electronic Surveillance Unit Detective Scott Campbell. IMPD Electronic Surveillance Unit Detective Scott Campbell will maintained custody and control of the devices until downloading. The UC DEA TFO conducted a search of the CS's person and undercover vehicle with negative results, as witnessed by DEA TFO Scott Childers.

22. DEA TFO Scott Childers conducted a post buy interview of the CS and confirmed the abovementioned detail of events for this investigation.  The abovementioned detail of events were additionally confirmed by DEA TFO Scott Childers' review of the audio/video recording.

23. Continual surveillance was maintained on the CS by DEA CIHIDTA Group 52 members, UC DEA TFO, and DEA Air Wing during this entire operation.

24. GPS (Global Positioning System) data provided by the Marion County Community Corrections confirmed Dreshaun CARTER's presence at XXX North Drexel Avenue, Indianapolis, Indiana, during the abovementioned controlled purchase.

25. All of the above-described controlled purchases took place within the Southern District of Indiana, Indianapolis Division.

26. A preliminary check of Dreshaun CARTER's criminal record by law enforcement showed convictions for, but not limited to: State of Indiana convictions for One (1) Dealing in Narcotic Drug as a **Level 4 Felony** on September 08, 2021 under Cause #49D32-2012-F2-036864. CARTER is currently on post-conviction GPS monitoring through Marion County Community Corrections.

**Conclusion and Request**

27. Based upon my training and experience and the facts set forth herein, I respectfully submit that there is probable cause to believe that, between January 11, 2022 and on or about January 26, 2022, in Indianapolis, Indiana, Dreshaun CARTER distributed of 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1),(b)(1)(B). Accordingly, I request the Court issue a criminal complaint charging Dreshaun CARTER with these offenses and issue a warrant for his arrest.

       s:/ Scott William Childers
       Scott William Childers, Task Force Officer
       Drug Enforcement Administration

Subscribed and sworn to me, pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), by reliable electronic means.

DATE: January 28, 2022

